CASEY R. FRONK (admitted *pro hac vice*)
FronkC@sec.gov
TRACY S. COMBS (Cal. Bar No. 298664)
CombsT@sec.gov
Counsel for Plaintiff
U.S. Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, UT 84101-1950
Tel.: (801) 524-5796

Local Counsel:
AMY JANE LONGO (Cal. Bar. No. 198304)
LongoA@sec.gov
444 S. Flower Street, Suite 900
Los Angeles, CA 90071
Tel: (323) 965-3835
Fax: (213) 443-1904

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>STEPHEN SCOTT MOLESKI; DAVID MICHAEL; and, ERIK CHRISTIAN JONES,<br><br>    Defendants,<br><br>and<br><br>ALLIANCE MANAGEMENT GROUP, LLC, a private Nevada Limited Liability Company; AUSTIN MARKETING GROUP, LLC, a private Nevada Limited Liability Company; AUSTIN MEDIA GROUP, LLC, a private Nevada Limited Liability Company; AUSTIN PARTNERS LLC, a private Nevada Limited Liability Company; and, AUSTIN PARTNERS I, LLC, a private Nevada Limited Liability Company,<br><br>    Relief Defendants. | Case No. 2:21-cv-01065-SVW-E<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF MOTION AND MOTION TO AMEND FINAL JUDGMENT AGAINST DEFENDANTS STEPHEN SCOTT MOLESKI AND DAVID MICHAEL AND RELIEF DEFENDANTS ALLIANCE MANAGEMENT GROUP, LLC, AUSTIN MARKETING GROUP, LLC, AUSTIN MEDIA GROUP, LLC, AUSTIN PARTNERS LLC and AUSTIN PARTNERS I, LLC**<br><br>Date: November 29, 2021<br>Time: 1:30 p.m.<br>Place: First Street Courthouse<br>Courtroom 10A<br>350 W. 1st Street, Los Angeles, CA<br>Before: Hon. Stephen V. Wilson<br><br>Complaint Filed: February 5, 2021 |

**TO THE CLERK OF THE COURT AND TO DEFENDANTS:**

PLEASE TAKE NOTICE that Plaintiff Securities and Exchange Commission (the "SEC") hereby moves the Court, pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, to amend the Court's final judgment (Dkt. No. 38) against Defendants Stephen Scott Moleski and David Michael and Relief Defendants Alliance Management Group, LLC, Austin Marketing Group, LLC, Austin Media Group, LLC, Austin Partners LLC and Austin Partners I, LLC (herein, the "Defaulting Defendants"). In support of this motion, the SEC states as follows:

1. On October 21, 2021, the Court granted the SEC's motion for a default judgment as to the Defaulting Defendants. (Dkt. No. 37.) Among other things, the Court granted the SEC's request for civil penalties as to Defendants Moleski and Michael, and "impose[d] a civil penalty of the pecuniary gain to each individual Defendant: $61,625.07 for Defendant Moleski and $327,815.55 for Defendant Michael." (Dkt. No. 37, Order at 11.)

2. The Court entered final judgment against the Defaulting Defendants on October 21, 2021. (Dkt. No. 38.) In the final judgment, the Court did not specify the amount of civil penalties assessed against Defendant Moleski and Defendant Michael or the total amount each of these defendants would be required to pay. (*See id*. at 6.)

3. Thus, pursuant to Rule 60(a), the SEC respectfully requests that the Court amend its final judgment, as proposed in the attached Exhibit A, to include the amounts of the civil penalties the Court imposed in its order on the SEC's motion for default as to Defendant Moleski and Defendant Michael, and to include the total amount due for each of these defendants. (*See* Ex. A, Proposed Amended Judgment.)

| | |
|---|---|
| 1    DATED: October 27, 2021 | Respectfully submitted, |
| 2 | /s/ *Casey R. Fronk* |
| 3 | Tracy S. Combs |
| 4 | Casey R. Fronk<br>Amy J. Longo |
| 5 | |
| 6 | *Attorneys for Plaintiff*<br>*Securities and Exchange Commission* |

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

> U.S. SECURITIES AND EXCHANGE COMMISSION
> 351 South West Temple, Suite 6.100
> Salt Lake City, UT 84101-1950
> Tel.: (801) 524-5796; Fax: (801) 524-3558

On October 27, 2021, I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF MOTION AND MOTION TO AMEND FINAL JUDGMENT AGAINST DEFENDANTS STEPHEN SCOTT MOLESKI AND DAVID MICHAEL AND RELIEF DEFENDANTS ALLIANCE MANAGEMENT GROUP, LLC, AUSTIN MARKETING GROUP, LLC, AUSTIN MEDIA GROUP, LLC, AUSTIN PARTNERS LLC and AUSTIN PARTNERS I, LLC** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

**X** **U.S. MAIL:** By placing in sealed envelope(s) deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Salt Lake City, Utah, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Salt Lake City, Utah, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Salt Lake City, Utah.

**X** **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

**X** **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

1 | I declare under penalty of perjury that the foregoing is true and correct.
2 |   Date:  October 27, 2021          */s/ Casey R. Fronk*
3 |                                                Casey R. Fronk

*SEC v. Stephen Scott Moleski, et al.*
United States District Court—Central District of California
Case No. 2:21-cv-01065-SVW-E

**SERVICE LIST**

Stephen Scott Moleski
████████████
Venice, CA
Email: ████████████
*Pro Se Defendant*
**(By E-Mail)**

David Michael
████████████
Oak Park, CA
*Pro Se Defendant*
**(by US Mail)**

Wilson Bradshaw LLP
Ashley Duran, Esq.
18818 Teller Avenue, Suite 115
Irvine, CA 92612
E-mail: aduran@securitieslegal.com
*Counsel for Defendant Erik Jones*
**(by E-Mail)**

Alliance Management Group, LLC
c/o Registered Agent: Corporate Creations Network Inc.
8275 South Eastern Avenue #200
Las Vegas, NV 89123
**(by US Mail)**

Austin Marketing Group, LLC
c/o David Michael, Deputy CEO
████████████
Oak Park, CA
**(by US Mail)**

1  Austin Media Group, LLC,
2  c/o David Michael, Managing Agent
   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮,
3  Oak Park, CA ▮▮▮▮
   **(by US Mail)**
4

5  Austin Partners, LLC
6  c/o Registered Agent: Corporate Creations Network Inc.,
   8275 South Eastern Avenue #200,
7  Las Vegas, NV 89123
   **(by US Mail)**
8

9  Austin Partners I, LLC
10 c/o David Michael, Managing Agent
   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮,
11 Oak Park, CA ▮▮▮▮
   **(by US Mail)**
12

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28